**SCOTT ERIK ASPHAUG, OSB #833674**
Acting United States Attorney
District of Oregon
**TIMOTHY W. SIMMONS, OSB #924615**
Assistant United States Attorney
Tim.Simmons@usdoj.gov
**SEAN E. MARTIN, OSB #054338**
Assistant United States Attorney
Sean.Martin@usdoj.gov
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone: (503) 727-1000
    Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **TAUNYA MILLER,** | Case No.: 2:17-cv-00670-SU |
| Plaintiff, | |
| v. | NOTICE OF DEFENDANT'S CONCESSION OF LIABILITY |
| **THOMAS J. VILSACK, SECRETARY, U.S. DEPARTMENT OF AGRICULTURE**, | |
| Defendant. | |

Defendant Thomas J. Vilsack, Secretary, U.S. Department of Agriculture ("USDA"), in the interest of efficiency and judicial economy, hereby concedes liability on Plaintiff's remaining claim for relief in this action. Plaintiff's claim is brought under the Equal Credit Opportunity Act ("ECOA"), 15 U.S.C. § 1691(a), regarding the denial of her 2014 application for a $35,000 microloan.

Specifically, Defendant concedes that the Farm Service Agency ("FSA") inappropriately obtained and used a joint credit report regarding Plaintiff's and her husband's financial information as part of FSA's consideration of Plaintiff's microloan application. FSA's consideration of Plaintiff's husband's credit history in denying Plaintiff's microloan application constitutes discrimination under the ECOA.

This Concession of Liability is not intended nor should be construed as a waiver of any of Defendant's rights, defenses, or arguments regarding damages.

//

//

//

**Page 2**     Notice of Defendant's Concession of Liability

Dated this 16th day of December, 2021.

                Respectfully submitted,

                SCOTT ERIK ASPHAUG
                Acting United States Attorney
                District of Oregon

                */s/ Tim Simmons*
                TIM SIMMONS
                Assistant U.S. Attorney

                SEAN E. MARTIN
                Assistant U.S. Attorney